Daniel H. Handman (SBN 236345)
Hirschfeld Kraemer LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, California 90401
dhandman@HKemploymentlaw.com
Ph:(310) 255-1820 Fax: (310) 255-0986

FILED
NOV 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean Foods Co. | CASE NUMBER 1:13-cv-01743-AWI-JLT |
| v. Plaintiff(s), | |
| Alex Georgian | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[X] ONLY Defendant(s) <u>Alex Georgian</u>

is/are dismissed from (*check one*) [X] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by <u>Dean Foods Co.</u>

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

<u>November 8, 2013</u>
Date

Signature of Attorney/Party
Daniel H. Handman

It is so Ordered. Dated: 11-12-13

United States District Judge

*NOTE:* *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*